**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 04-1979**

-------

GRANT CHISM,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES,

                                    Defendant - Appellee.

-------

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-
04-220-RDB)

-------

Submitted:  December 16, 2004        Decided:  December 20, 2004

-------

Before MICHAEL, KING, and SHEDD, Circuit Judges.

-------

Affirmed by unpublished per curiam opinion.

-------

Grant Chism, Appellant Pro Se.  Scott Sheldon Oakley, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

-------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Grant Chism appeals from the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Chism v. Dep't of Public Safety, No. CA-04-220-RDB (D. Md. July 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED